Robert HAYES, Plaintiff–Appellant,

v.

LORIEN NURSING & REHABILITATION CENTER, Defendant–Appellee.

No. 01–2035.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 15, 2001.

Robert Hayes, pro se.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Robert Hayes appeals from the district court's order dismissing his action for want

of federal jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Hayes v. Lorien Nursing & Rehabilitation Center,* No. CA–01–2219–AMD (D.Md. Aug. 8, 2001). We deny Hayes' motions for appointment of counsel and general relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*